FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD ESPINOZA, | No. CV 07-1210-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: May 7, 2008

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE